CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 09 2010

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| STACEY NICOLE KAUFFMAN, ) | |
|    Plaintiff, ) | Civil Action No. 7:09cv00482 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| B.J. WHEELER, et al., ) | By: Samuel G. Wilson |
|    Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

ENTER: This 9th day of April, 2010.

/s/ Samuel G. Wilson
United States District Judge